```
                                              F I L E D
                                        CLERK, U.S. DISTRICT COURT
                                              2/05/2025
                                        CENTRAL DISTRICT OF CALIFORNIA
                                        BY: _____asi_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>HAILEY HAZEL MORRIS and<br>FRANKLIN JONATHAN DONAN,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CR No.  2:25-cr-00084-AB<br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 224 AS<br>AMENDED BY GENERAL ORDER 98-04) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>U.S. v. Suppatra Tansuvit et al.</u>, 2:24-CR-582-MEMF, which:

   <u>  X  </u>   was previously assigned to the Honorable Maame Ewusi-Mensah Frimpong.

   <u>     </u>   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   <u>  X  </u>   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   <u>     </u>   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):  MORRIS and DONAN shared the same identity theft victim profiles with the TANSUVIT defendants.

Dated: February 5, 2025

                                                                Andrew Brown
                                                                Assistant United States Attorney